## NORWOOD v O'BRIEN, Admr.

Ohio Appeals, 1st Dist, Hamilton Co.

No. 5663. Decided Dec. 18, 1939.

Robert A. Black, Cincinnati, for appellant.

Hightower & O'Brien, Cincinnati, for appellees.

### OPINION

BY THE COURT:

Heard on appeal ' on law and fact.

Plaintiff seeks to engraft a resulting trust on a deed absolute, by parol evidence.

The law is that a resulting trust may be proved by parol evidence, but the proof must be clear, certain, and convincing. Harvey v Gardiner, 41 Oh St. 642; Mannix v Purcell, et, 46 Oh St 102; Russell, et v Bruer, et 64 Oh St 1; Boughman v Boughman, 69 Oh St 273.

The evidence in this case fails to meet the requirements under the rule, and a decree for the dfendants, appellees here, dismissing appellant's petition, at his costs, will be entered.

HAMILTON, PJ., MATTHEWS & ROSS, JJ., concur.